**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HECTOR SANTIAGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  15 CV 4903 |
| v. | ) | |
| | ) | Circuit Court Case No. 15 L 004671 |
| ELITE STAFFING, INC., ANDREW COLE, | ) | |
| GARY COLE, and MIKE RAY, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF REMOVAL</u>

Defendants, Elite Staffing, Inc., Andrew Cole, Gary Cole and Mike Ray ("Defendants"), by their attorneys, hereby remove this cause of action to the United States District Court for the Northern District of Illinois, Eastern Division, and respectfully states that the grounds for removal to this Court are as follows:

1.      A civil action captioned *Hector Santiago v. Elite Staffing, Inc., Andrew Cole, Gary Cole, and Mike Ray,* Case No. 2015 L 004671, was filed on May 5, 2015 and is currently pending in the Circuit Court of Cook County, Illinois, County Department, Law Division. Defendant desires to remove this cause to this Court pursuant to 28 U.S.C. § 1441.

2.      This Notice is filed in the proper division under Title 28 U.S.C. § 93(a), as Cook County, Illinois is within the venue of the United States District Court for the Northern District of Illinois, Eastern Division.

3.      This action was timely removed within thirty (30) days after receipt of the Verified Complaint by Defendants, which was received by Defendants' counsel on or about May 12, 2015.

4.     This action is one for which the United States District Courts have original jurisdiction under 28 U.S.C. §§ 1331 and 1367, and 29 U.S.C. § 216 (b).

5.     Plaintiff, Hector Santiago, is a citizen of Illinois.

6.     Defendant, Elite Staffing, Inc. is an Illinois corporation with its principal place of business located at 1400 West Hubbard Street, Second Floor, Chicago, Illinois.  Gary Cole is the president, Andrew Cole is the secretary and Mark Ray is an employee of Elite Staffing, Inc., all of whom are citizens of Illinois.

7.     This is a suit of a civil nature wherein Plaintiff claims violation of Fair Labor Standards Act, 29 U.S.C. 201, *et seq*., and asserts state law claims under the Illinois Whistleblower Act, Illinois public policy, and the Illinois Minimum Wage Law.

8.     Written Notice of Filing of the Notice of Removal will be given to Plaintiff and to the Clerk of the Circuit Court of Cook County, Illinois promptly after the filing of this Notice of Removal, as is required under 28 U.S.C. § 1446(d).

9.     Attached to this Notice of Removal, and by reference made a part hereof, are true and correct copies of the Complaint and Summons filed in the aforesaid action, which are attached hereto as Group Exhibit A.

10.     By filing this Notice of Removal, Defendant does not waive any defenses which are or may be available to it.

Dated:  June 3, 2015                          Respectfully submitted,

                                              ELITE STAFFING, INC., ANDREW COLE,
                                              GARY COLE, and MIKE RAY

                                              By: /s/ Antonio Caldarone
                                                    One of the Attorneys for Defendants

Antonio Caldarone
Sara P. Yager
Laner Muchin, Ltd.

2

515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)

## <u>CERTIFICATE OF SERVICE</u>

Antonio Caldarone, an attorney, hereby certifies that he caused the **Notice of Removal** in the above-captioned matter to be served on counsel for the Plaintiff, by placing same in the U.S. mail located at 515 North State Street, Suite 2800, Chicago, Illinois 60654, postage prepaid, before the hour of 5:00 p.m. on this 3rd day of June, 2015 addressed to:

> Peter M. Follenweider
> Margherita M. Albarello
> DiMonte & Lizak, LLC
> 216 W. Higgins Road
> Park Ridge, IL 60068
> (847) 698-9600

/s/ Antonio Caldarone