IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HECTOR SANTIAGO, individually and on behalf of other employees,<br><br>                Plaintiff,<br><br>vs.<br><br>ELITE STAFFING, INC., an Illinois Corporation, GARY COLE, an individual ANDREW COLE, an individual, and MIKE RAY, an individual,<br><br>                Defendants. | Case No. 15-cv-4903<br><br>Judge Robert W. Gettleman |

## JOINT STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the parties to the above-entitled action by their respective attorneys and/or otherwise and pursuant to Fed. R. Civ. P. 41(a)(1), the following:

1. On October 19, 2015, the parties reached an agreement to settle this matter and have since drafted and executed a settlement agreement and general release.

2. The parties therefore stipulate that this matter shall be dismissed in its entirety without prejudice with each party incurring its own attorney's fees and costs except as otherwise provided for by the parties settlement agreement and general release.

3. On December 3, 2015, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall be converted automatically to dismissal with prejudice.

*November 10, 2015*

ENTERED:

_____
Judge

By: s/Peter M. Follenweider
Peter M. Follenweider, #6307796
Margherita M. Albarello, #6187375
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068

By: s/Sara P. Yager
Sara P. Yager
Antonio Caldarone
Laner Muchin, Ltd.
515 N. State Street #2800
Chicago, IL 60654

M:\MyFiles\MMA\S\SANTH1\SANTH1-1\Santiago Pleadings\Joint Stipulation to Dismiss.wpd